UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Elena Valerevna Ligay, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 C 4953 |
| | ) | |
| U.S. Immigration and Customs Enforcement | ) | Judge Seeger |
| and U.S. Customs and Border Protection, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR SETTLEMENT AND RELEASE

Plaintiff Elena Valerevna Ligay, through her attorney, Scott Pollock, and the defendants U.S. Customs and Border Protection and U.S. Immigration and Customs Enforcement, through their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby agree and stipulate as follows:

1. The parties do hereby agree to settle the above-entitled action under the terms and conditions set forth herein.

2. The United States of America agrees to pay to the plaintiff the sum of ten thousand dollars ($10,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit for which plaintiff or her heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3.      Plaintiff and its successors and/or assigns hereby agree to accept the sum of ten thousand dollars ($10,000.00) in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for wrongful death.  Plaintiff and its successors and/or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiff or its heirs, executors, administrators or assigns against any third party or against the United States, including claims for wrongful death.

4.      This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5.      Release:  Plaintiff for herself, her heirs and personal representatives, fully and forever release, acquit and discharge defendants, and defendants components, agents, employees and former employees, either in their official or individual capacities, from any and all claims, demands, and causes of action of every kind, nature or description, whether known or unknown, which plaintiffs may have had, may now have, or may hereafter discover arising out of or in connection with any event described in this action occurring prior to the date of this Settlement Agreement, and pertaining to all claims that were raised or could have been raised in this action.

2

6.      It is also agreed, by and among the parties, that the settlement amount of ten thousand dollars ($10,000.00) represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys' fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

7.      Consultation with Counsel: Plaintiff acknowledges that they have discussed this settlement agreement with their counsel, who have explained these documents to them and that they understand all of the terms and conditions of this settlement agreement. Plaintiff further acknowledges that they have read this settlement agreement, understand the contents thereof, and execute this settlement agreement of their own free acts and deeds. The undersigned represent that they are fully authorized to enter into this agreement.

8.      It is also understood by and among the parties that pursuant to Title 28, United States Code, Section 2678, attorneys' fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement.

9.      Once this stipulation has been executed by all parties and their representatives, defendant agrees to promptly submit it to the Treasury of the United States for payment.  Payment of the settlement amount ($10,000.00) will be made by electronic transfer to Attorney Pollock's client trust account.  Attorney Pollock will provide defendant's counsel with all information necessary to effect this transfer.

10.     Merger Clause: This settlement agreement contains the entire agreement between the parties hereto, and plaintiff acknowledges and agrees that no promise or representation not contained in this agreement has been made to them, and acknowledge and represent that this settlement agreement contains the entire understanding between the parties, and contains all terms and conditions pertaining to the compromise and settlement of the disputes referenced herein. No

3

statement, remark, agreement, or understanding, oral or written, that is not contained herein shall be recognized or enforced, nor does this settlement agreement reflect any agreed-upon purpose other than the desire of the parties to reach a full and final conclusion of the litigation and to resolve these suits without the time and expense of further litigation.

11. In consideration of the payment of ten thousand dollars ($10,000.00) as set forth above, this action shall be dismissed with prejudice.

Executed this 23rd day of September.

For plaintiff:

_____  
Elena Valerevna Ligay  
Plaintiff

09/29/20  
_____  
Date

_____  
Scott D. Pollock  
Counsel for Plaintiff

09/29/2020  
_____  
Date

For defendants U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection:

JOHN R. LAUSCH, Jr.  
United States Attorney

By: s/ _____  
ELIZABETH I. TREACY  
Assistant United States Attorney  
219 South Dearborn Street  
Chicago, Illinois 60604  
(312) 886-7625  
elizabeth.treacy@usdoj.gov